KEN BURKE, CLERK OF THE COURT
PINELLAS COUNTY, FLORIDA (727) 464-3267
D2021893  01-03-2006  14:20:46  JAW
52  CRC-06000007CI  WESTRICH MANDY COS
SECTION  20
01270
UCN # = 522006CA000007XXCICI
CIVIL FILING FEE      1      $255.00
                                    ─────────
                    TOTAL:          $255.00
         CHECK AMT.TENDERED:        $255.00
                    CHANGE:           $.00

IN THE SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MANDY COSTA WESTRICH

  Plaintiff,

v.                                    Case No. 06-7-CI-20

DIOCESE OF ST. PETERSBURG, INC.    UCN:522006CA000007xxCICI

  Defendants.
_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Mandy Costa Westrich ("Westrich" or "Plaintiff"), hereby sues Defendant Diocese of St. Petersburg, Inc. ("Diocese" or "Defendant") and alleges as follows:

### INTRODUCTION

1. This is an action brought pursuant to the Florida Civil Rights Act of 1992, §760.01, *Florida Statutes, et seq.*, ("FCRA"), and Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this claim pursuant to §760.11, *Florida Statutes*, and the principle of concurrent jurisdiction.

3. Venue is proper in this Court, as the events or omissions giving rise to the claims alleged herein occurred in Pinellas County, Florida and Westrich seeks damages in excess of $15,000, exclusive of attorneys' fees and costs.

1

## PARTIES

4. Westrich was and is a resident of Pinellas County, Florida who is female and was pregnant.

5. The Diocese was and is a Florida corporation, located in Pinellas County, Florida. The Diocese operates schools throughout the Tampa Bay area, including Clearwater Central Catholic.

6. At all time material hereto, Westrich was an employee, employed by the Diocese, which was her employer as these terms are defined under all relevant laws.

## GENERAL ALLEGATIONS

7. Westrich is an alumnus of Clearwater Central Catholic.

8. On or about March 31, 2003, Westrich began her employment with the Diocese as a development assistant at Clearwater Central Catholic. This was a dream job for Westrich.

9. Westrich's job description is attached as Exhibit A.

10. Westrich's position as development assistant did not involve ministerial matters in any way. There was no requirement that she even be Catholic to work as a development assistant and, in fact, one of her co-workers was not Catholic.

11. During her employment, Westrich was frequently commended for her performance. Specifically, it was noted that "Mandy is the 'glue' that holds the development office together. [Clearwater Central Catholic] is very fortunate to have a person of her quality and character here in the development office."

12. Westrich, who was and is married, became pregnant while she was employed by the Diocese.

13. On or about December 3, 2003, the Principal of Clearwater Central Catholic advised Westrich that she was being terminated effective December 19, 2003. The stated reason for the termination of Westrich's employment was because of her sex (pregnancy). A copy of the correspondence advising Westrich of her termination is attached as Exhibit B.

14. On or about February 13, 2004, Westrich filed a charge of discrimination. A copy of that charge is attached as Exhibit C.

15. The Equal Employment Opportunity Commission has determined that there is Reasonable Cause to believe that the Diocese discriminated against Westrich. A copy of this determination is attached as Exhibit D.

16. On or about November 16, 2005, the Equal Employment Opportunity Commission issued Westrich a Notice of Right To Sue.

17. All administrative and notice requirements and prerequisites have been satisfied.

## COUNT I

### UNLAWFUL DISCRIMINATION UNDER FCRA

18. The allegations of paragraphs 1-17 are re-alleged as if specifically set forth herein.

19. The actions of the Diocese as detailed above are a violation of the FCRA in that the Diocese discriminated against Westrich because of her sex (pregnancy).

## COUNT II

### UNLAWFUL DISCRIMINATION UNDER TITLE VII

20. The allegations of paragraphs 1-17 are re-alleged as if specifically set forth herein.

21. The actions of the Diocese as detailed above are a violation of the Title VII in that the Diocese discriminated against Westrich because of her sex (pregnancy).

### JURY TRIAL DEMAND AND RELIEF SOUGHT

22. Westrich demands a jury for all issues so triable as of right.

Wherefore, Westrich prays that judgment be entered in her favor and against the Diocese as to all causes of action, that Westrich be awarded: back pay; front pay; compensatory damages; punitive damages; pre- and post-judgment interest; liquidated damages; reasonable costs and attorneys' fees; injunctive relief; and all other relief that the Court or the Jury determines to be just and proper.

Respectfully submitted,

Ryan D. Barack
Florida Bar No. 0148430
Gregory K. Showers
Florida Bar No. 000760
Kwall, Showers, Coleman & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiff

STATE OF FLORIDA - PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as the same appears among the files and records of this office.
This ___ FEB 0 6 2006 ___, 20___
Ken Burke
Clerk of the Circuit Court
By: _____
Deputy Clerk

Clearwater Central Catholic High School
*Educating Leaders for the 21st Century*

## Job Description

Title: Development Assistant

Reports to: Director of Development and Communications

Supervision Exercised: n/a

**Primary Duties and Responsibilities:**

To serve as a member of the Development and Communications team in furthering the mission and values of Clearwater Central Catholic High School by providing comprehensive assistance to the Department and promote programs that build strong ties with CCC alumni.

**Characteristic Duties:**

Oversee the Development and Communications Office database system, including accurate daily entry of address updates and gifts and on-going records management and system maintenance.

Prepare daily gift transmittals and deposits for Bookeeping Department; prepare weekly gift acknowledgment letters and financial reports; maintain organized hard copy filing system of all donors and prospects.

Prepare merges/data for solicitation letters and other Development/Communications mailings.

Organize and implement the Alumni Relations Program, including alumni communications and outreach, develop class representatives and Class Reunions. Serve as liaison to the Alumni Association Board.

Assist volunteers in the implementation of donor related special events, including the Grand Auction and Golf Tournament.

Serve as receptionist and primary person responsible for answering Development Office phones.

Maintain and order Development Office supplies and stationery.

Other related duties as needed by the Director.

**Minimum Requirements:**

Two to three years experience in a college or secondary school Development Office setting, or two to three years experience in a professional office setting. Proficient in Microsoft Word and/or Wordperfect. Experience with window-based database software, Paradigm 97 Fund Raising software a plus, Excel spreadsheets, and E-mail/Internet. Must be detailed-oriented, possess exceptional organizational and communication skills, a positive attitude, and a desire to work in a team environment.

1

Exhibit "A"



## Clearwater Central Catholic High School
*Educating Leaders for the 21st Century*

December 3, 2003

RECEIVED BY

FEB 1 3 2004

OFFICE OF HUMAN RIGHTS

Mrs. Mandy Costa Westrich
515 7th Ave NE
Largo, FL 33770

Dear Mandy:

I hope this letter finds you well after what I hope was a peaceful and relaxing Thanksgiving Holiday for you and your family. I enjoyed your visit to school the week before last and have taken some time to reflect upon the conversation we had regarding your employment status at Clearwater Central Catholic High School. It is in that regard that I wanted to formally respond to your request in the best interest of all involved.

Therefore, this letter shall serve as a formal confirmation of the conversation we had in my office on Friday, November 21 at noon. It was at that time we discussed your employment status at Clearwater Central Catholic High School in light of the leave you have taken since October 9, 2003. During the past eight or nine weeks, the Development Office has struggled to maintain its timely, consistent and productive efforts. We have been fortunate to have a temporary employee assist in the process. We have discussed that the Family and Medical Leave Act does not apply in your situation since your date of hire was March 31, 2003. We have strived to hold your job position during this time.

In light of our conference, I was not expecting that you would be able to return to work until after your baby was born. I believe you have requested an additional eight weeks thereafter. I am not able to promise that the school can hold your same position during all of this time. Certainly your health must come first.

I have now received a fax from your doctor indicating that you would be able to return to work on December 15. The school will be closed for the Christmas holiday on December 19 and the Development Office will also be closed. I am reluctant to have you return for only four days, but am open to discussing it with you. I am primarily concerned about your health and whether the school may face an emergency situation should you go into labor prematurely. I would suggest that neither of us should take that risk. Therefore, I have made the decision that even though you are able to return to work (according to your doctor), I will give you this week off with pay. I do not expect that you will be able to return on January 5. Even if you could do so, you will be requesting additional leave for the birth of your child. This places the Development Office in a difficult position of having to continue to limp by and rely on others to fill the void. Therefore, I believe it would be best if we consider your last official day as December 19. I have made this decision in the best interest of the school and your health and this decision should not be seen in a negative way.

At such time as you are able to return to work after the birth of your baby, if your position has not been filled, we shall look forward to your return. If the position has been filled, then we would welcome your application for any other positions that may be available. I do wish you the very best in your personal and professional endeavors. Please know that you will remain in my thoughts and prayers during the weeks and months ahead.

In God's Love,

*Sister Mary Dion Horrigan*
Sister Mary Dion Horrigan, SND
Principal

Exhibit "B"

2750 Haines Bayshore Road  •  Clearwater, FL  33760
(727) 531-1449  •  Fax (727)535-7034  •  www.ccchs.org

# CHARGE OF DISCRIMINATION

| | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on page 2 before completing this form. | [✓] FEPA 0402-061<br>[✓] EEOC 15HA400054 |

**Pinellas County Office of Human Rights** and EEOC
(State or Local Agency, if any)

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Mrs. Mandy Costa Westrich | 727 584-6904 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 515 7th Ave. NE | Largo, FL 33770 | Pinellas |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Clearwater Central Catholic High School | 15+ | 727 531-1449 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 2750 Haines Bayshore Rd. | Clearwater, FL 33760 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ AGE   ☐ RETALIATION   ☐ DISABILITY   ✓ OTHER (Specify) PREGNANCY

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, Day, Year)
December 19, 2003

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.  **STATEMENT OF HARM:**
   I was subjected to discrimination based upon my pregnancy and was subsequently terminated. I was employed at Clearwater Central Catholic High School from March 31, 2003 until December 19, 2003. My job title was Development Assistant.

II. **RESPONDENT'S REASON FOR ADVERSE ACTION:**
   I was told that the school wasn't able to hold my position.

III. **STATEMENT OF DISCRIMINATION:**
   I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended; the Pregnancy Discrimination Act of 1978; the Florida Civil Rights Act of 1992; Chapter 70 of the Pinellas County Code, as amended on the basis of my pregnancy for the following reasons:
   a. From the beginning, I was constantly being told how inconvenient my pregnancy was.
   b. I was also told that my maternity leave was during one of the school's largest fundraising events.
   c. Other employees were allowed to keep their jobs while out on medical leave.

RECEIVED BY
FEB 13 2004
OFFICE OF HUMAN RIGHTS

Alana M. Lewis
My Commission DD050349
Expires August 15, 2005

✓ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 2/13/04   Charging Party (Signature)

SUBSCRIBED AND SWORN TO ME BEFORE THIS DATE
(Day, Month, Year) 13th day of Feb 2004

EEOC FORM 5

EXHIBIT "C"

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Tampa Area Office

501 East Polk Street, Room 1020
Tampa, FL 33602
(813) 228-2310
TTY (813) 228-2003
FAX (813) 228-2841

Re: EEOC Charge No. 15H-2004-00054
<u>Mandy C. Westrich vs. Clearwater Central Catholic High School</u>

Ms. Mandy C. Westrich
515 7th Avenue N.E.
Largo, FL 33770

Charging Party

Clearwater Central Catholic High School
2750 Haines Bayshore Road
Clearwater, FL 33760

Respondent

## Letter of Determination

On behalf of the Commission I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, and timeliness, deferral and all other requirements for coverage have been met.

The Charging Party alleges that on December 19, 2003, she was discharged from her position of Development Assistant because of her sex, Female, and her pregnancy, in violation of Title VII of the Civil Rights Act of 1964, as amended.

The evidence obtained during investigation of this case indicates that Respondent discharged the Charging Party based on the Charging Party's pregnancy.

I have determined that the evidence obtained during the investigation establishes there is reasonable cause to believe that violations of Title VII of the Civil Rights Act of 1964, as amended, have occurred.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Sections 706 and 709 of Title VII and the Commission Regulations apply to information obtained during conciliation.

RECEIVED
AUG 2 3 2005

Exhibit "K"

Letter of Determination
EEOC Charge NO. 15H-2004-00054
Page 2


An invitation to the Commission's conciliation process is enclosed for your review. Please contact Edwin Gonzalez, Investigator, (813) 228-2505, within fifteen (15) days of your receipt of this document to indicate the Respondent's willingness to proceed with conciliation efforts. If no response is received within this time period, it will be interpreted as unwillingness by the Respondent to participate in conciliation efforts. At that time, conciliation efforts will cease.

If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission.

You are reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On behalf of the Commission:

8/22/05
Date

Manuel Zurita
Area Director


Cc:

Gail Golman Holtzman, Esq.   Attorney for Respondent
Constangy, Brooks & Smith, LLC
P.O. Box 1840
Tampa, FL 33601-1840

Ryan D. Barack, Esq.  Attorney for Charging Party
Kwall, Shower & Coleman. P.A.
133 North Ft Harrison Ave.
Clearwater, FL 33755