UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MANDY COSTA WESTRICH,**

    **Plaintiff,**

v.                                                   Case No.  8:06-cv-210-T-30TGW

**DIOCESE OF ST. PETERSBURG, INC.,**
**et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Diocese of St. Petersburg, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support Thereof (Dkt. #9-1) and Plaintiff's Response to Motion to Dismiss (Dkt. #12-1). The Court, having considered the motion, response, affidavits, and being otherwise advised in the premises, finds that Defendant's 12(b)(6) motion to dismiss presents matters outside of Plaintiff's Amended Complaint (Dkt. #7-1) which are not excluded by the Court. Accordingly, Defendant's 12(b)(6) motion to dismiss shall be treated as one for summary judgment and disposed of as provided in Rule 56, and all parties will be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Diocese of St. Petersburg, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support Thereof (Dkt. #9-1) shall be treated as one for summary judgment and disposed of as provided in Rule 56.

2. The parties shall have ninety (90) days from the date of the entry of this Order to conduct discovery as to the issue of whether the Diocese of St. Petersburg, Inc. was Plaintiff's employer as defined under Title VII of the Civil Rights Act of 1964 or the Florida Civil Rights Act of 1992.

3. Defendant shall have ninety (90) days from the date of the entry of this Order to file supplemental affidavits, depositions, exhibits and other relevant materials, if any, pertinent to the issue of whether the Diocese of St. Petersburg, Inc. was Plaintiff's employer as defined under Title VII of the Civil Rights Act of 1964 or the Florida Civil Rights Act of 1992.

4. Plaintiff shall have one-hundred and twenty (120) days from the date of the entry of this Order to further respond to Defendant's motion for summary judgment and file supplemental affidavits, depositions, exhibits and other relevant materials, if any, pertinent to the issue of whether the Diocese of St. Petersburg, Inc. was Plaintiff's employer as defined under Title VII of the Civil Rights Act of 1964 or the Florida Civil Rights Act of 1992.

**DONE** and **ORDERED** in Tampa, Florida on April 19, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-210.order on mt dismiss construed as msj.wpd