UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MANDY COSTA WESTRICH,**

    **Plaintiff,**

v.                                    Case No. 8:06-cv-210-T-30TGW

**DIOCESE OF ST. PETERSBURG,
INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Certification of Interlocutory Decision for Appeal (Dkt. #22), and Defendants Diocese of St. Petersburg and Clearwater Central Catholic High School's Joint Memorandum of Law in Response to Plaintiff's Motion for Certification of Interlocutory Decision for Appeal (Dkt. #24). The Court, having considered the motion, response, memoranda, oral argument by the parties' legal counsel, and being otherwise advised in the premises, finds that Plaintiff's motion should be denied.

The Court finds that an immediate appeal from the order would not materially advance the ultimate termination of this litigation, as required by 28 U.S.C. §1292(b). *See also McFarlin v. Conseco Services, LLC*, 381 F.3d 1251, 1256 (11th Cir. 2004) (directing courts considering §1292(b) appeals to determine whether: (1) there is a controlling question of law;

(2) there is a substantial ground for difference of opinion; and (3) an immediate appeal will materially advance the ultimate termination of the litigation.)

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Certification of Interlocutory Decision for Appeal (Dkt. #22) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on July 6, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-210.inter appeal.wpd