UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MANDY COSTA WESTRICH,**

    **Plaintiff,**

v.                                                                                                  Case No.  8:06-cv-210-T-30TGW

**DIOCESE OF ST. PETERSBURG, INC.,**
**et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Diocese of St. Petersburg, Inc.'s Motion for Relief From the Court's Order Approving Voluntary Dismissal and Memorandum of Law in Support Thereof and Request for Attorney's Fees (Dkt. #32), and Plaintiff's Response to Defendant's Motion for Relief From Order Approving Voluntary Dismissal and Seeking Attorney's Fees (Dkt. #36).  The Court, having considered the motion, response, memorandum, argument of counsel, and being otherwise advised in the premises, finds that Diocese of St. Petersburg, Inc.'s motion should be granted as stated herein.

On March 17, 2006, the Diocese of St. Petersburg, Inc. ("Defendant") filed a Motion to Dismiss Plaintiff's Amended Complaint asserting that Defendant was not Plaintiff's employer. On April 19, 2006, the Court entered an Order (Dkt. #18) converting Defendant's motion to dismiss to a motion for summary judgment.  The Court instructed the parties that they would have 90 days in which to conduct discovery as to the issue of whether the

Defendant was Plaintiff's employer. Defendant was granted 90 days in which to supplement it argument or the record, and Plaintiff was granted 120 days in which to respond to Defendant's argument and supplemental affidavits, if any. On July 14, 2006 (four days before Defendant's 90 day supplemental deadline), Plaintiff filed a Notice of Voluntary Dismissal of Defendant Diocese of St. Petersburg, Inc. (Dkt. #14) pursuant to Rule 41(a)(1)(i). On July 17, 2006, this Court entered an Endorsed Order (Dkt. #30) approving Plaintiff's Notice of Voluntary Dismissal of Defendant Diocese of St. Petersburg, Inc. On July 18, 2006, Defendant filed this motion seeking relief from this Court's Endorsed Order approving the voluntary dismissal.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. Since this Court, converted Defendant's motion to dismiss to a motion for summary judgment on April 19, 2006, Plaintiff's Notice of Voluntary dismissal pursuant to Rule 41(a)(1)(i) should not have been approved by this Court. Accordingly, this Court grants Defendant's motion for relief from this Court's Endorsed Order (Dkt. #30) approving Plaintiff' notice of voluntary dismissal. Further, the Court will allow Defendant to apply for attorney's fees and costs incurred as a result of unnecessary delay, if any, by Plaintiff in dismissing Defendant from this case.

The Court ultimately intends to grant the dismissal of Defendant in this case, however, the Court will first consider whether Defendant has been prejudiced by an unreasonable

delay on Plaintiff's part, and whether Defendant is entitled to attorney's fees, costs, or other conditions upon dismissal as the Court deems proper.

It is therefore ORDERED AND ADJUDGED that:

1. Diocese of St. Petersburg, Inc.'s Motion for Relief From the Court's Order Approving Voluntary Dismissal and Memorandum of Law in Support Thereof and Request for Attorney's Fees (Dkt. #32) is GRANTED as stated herein.

2. This Court's Endorsed Order (Dkt. #30) entered on July 17, 2006 is SET ASIDE.

3. Plaintiff shall have ten (10) days to submit its application in support of fees, costs, and other conditions upon dismissal.

**DONE** and **ORDERED** in Tampa, Florida on September 12, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-210.relief vol dismissal 32.wpd